## ORDER

PER CURIAM

AND NOW, this 28th day of March, 2017, we **AFFIRM** the Order of the Commonwealth Court.

158 A.3d 642

Ashley FUNK; Otis Harrison, a Minor, by His Guardian Amy Lee; Lilian McIntyre, a Minor, by Her Guardian Jennifer McIntyre; Rekha Dhillon–Richardson, a Minor, by Her Guardian Jaskiran Dhillon; Austin Fortino, a Minor, by His Guardian Ruth Fortino; Darius Abrams, a Minor, by His Guardian Elaine Abrams; Kaia Luna Elinich, a Minor, by Her Guardian Arianne Elinich, Appellants

v.

Tom WOLF, in His Official Capacity as Governor of Pennsylvania; Pennsylvania Department of Environmental Protection; John Quigley, in His Official Capacity as Secretary of the Pennsylvania Department of Environmental Protection; Pennsylvania Environmental Quality Board; John Quigley, in His Official Capacity as Chairperson of the Environmental Quality Board; Pennsylvania Public Utility Commission; Gladys M. Brown, in Her Official Capacity as Chairperson of the Public Utility Commission; Pennsylvania Department of Conservation and Natural Resources; Cindy Adams Dunn, in Her Official Capacity as Secretary of the Pennsylvania Department of Conservation and Natural Resources; Pennsylvania Department of Transportation; Leslie S. Richards, in Her Official Capacity as Secretary of the Pennsylvania Department of Transportation; Pennsylvania Department of Agriculture; Russell C. Redding, in His Official Capacity as Secretary of the Department of Agriculture, Appellees

No. 88 MAP 2016

Supreme Court of Pennsylvania.

DECIDED: March 28, 2017

## ORDER

PER CURIAM

**AND NOW,** this 28th day of March, 2017, the order of the Commonwealth Court is **AFFIRMED.**

158 A.3d 643

**Jose M. FELICIANO, Appellant**

v.

**Dorina VARNER, Chief Grievance Officer, Pa. Dept. of Corr., Rhonda House, SCI–Fayette, Grievance Coordinator, Brian V. Coleman, Superintendent SCI–Fayette, and Hon. Kathleen Kane, Attorney General, Comm. of Pa., Appellees**

**No. 73 MAP 2016**

Supreme Court of Pennsylvania.

DECIDED: March 28, 2017

## ORDER

PER CURIAM

**AND NOW,** this 28th day of March, 2017, the Order of the Commonwealth Court is hereby **AFFIRMED.**